**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1977**

HUSSNAIN AHMAD JAFRI,

       Petitioner,

    v.

LORETTA E. LYNCH, Attorney General,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  April 29, 2015          Decided:  May 15, 2015

Before WILKINSON and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Marc Seguinót, SEGUINOT & ASSOCIATES, Fairfax, Virginia, for Petitioner.  Benjamin C. Mizer, Acting Assistant Attorney General, Derek C. Julius, Senior Litigation Counsel, Charles S. Greene, III, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hussnain Ahmad Jafri, a native and citizen of Pakistan, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reconsider and reopen his immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen as untimely and number-barred.[*] See 8 C.F.R. § 1003.2(a), (c) (2014). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Jafri (B.I.A. Aug. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] Jafri has waived review of the Board's denial of his motion to reconsider by failing to raise the issue in his appellate brief. See Suarez-Valenzuela v. Holder, 714 F.3d 241, 248-49 (4th Cir. 2013).

2